JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Prime Healthcare Services – Garden Grove, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Sylvia Mathews Burwell, in her official capacity as Secretary of the Department of Health and Human Services**, <br><br> Defendant. | Case No. SACV 17-00178 AG (KSx) <br><br> **JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiff.

Dated January 22, 2018

_____
Hon. Andrew J. Guilford
United States District Judge